UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSESTTS

UNITED STATES

V.                                                                                    15-CR-10222-GAO

MANUELE SCATA

## MOTION TO RELEASE APPEARNCE BOND AND CASH DEPOSIT

Manuele Scata, by his attorney, moves this Court to release the appearance bond secured by a cash deposit in the above captioned case since both he and co-defendant Mario Scata have been sentenced and are in custody. Mr. Scata's sister, Concettina Scata, deposited with the Clerk of this court twenty-five thousand dollars to secure the appearance bond, and said sum should be ordered returned to her.

MANUELE SCATA
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA  02110
617-367-9334

I certify that a copy of the above has been served via ECF system.

Elliot M. Weinstein

9/18/18 - Granted and so ordered.
/s/ George A. O'Toole
U.S.D.J.